UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

    v.

CASE NO.  3:25-cr- 227- BJD-PDB
18 U.S.C. § 922(d)(1)

SAMUEL AMOS MILLS
TERRA JEANEAN MILLS

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Sale of Firearm to a Convicted Felon)

On or about December 17, 2024, in the Middle District of Florida, the

defendants,

SAMUEL AMOS MILLS and TERRA JEANEAN MILLS,

aided and abetted by each other, did knowing sell firearms, specifically, a Shadow

Systems 9mm pistol, and a Ruger .57 caliber pistol, to a person who had been

convicted of a crime punishable by imprisonment for a term exceeding one year,

knowing and having reasonable cause to believe that the person receiving said

firearm was a person who had been convicted of a crime punishable by

imprisonment for a term exceeding one year.

In violation of 18 U.S.C. §§ 922(d)(1), 924(a)(8), and 2.

## FORFEITURE

1.    The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2.    Upon conviction of a violation of 18 U.S.C. § 922(d)(1), the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.    If any of the property described above, as a result of any act or omission of the defendants:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

GREGORY W. KEHOE
United States Attorney

By: _____
JOHN CANNIZZARO
Assistant United States Attorney

By: _____
FRANK M. TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
10/27/25 Revised

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

### SAMUEL AMOS MILLS
### TERRA JEANEAN MILLS

## INDICTMENT

Violations: 18 U.S.C. § 922(d)(1)



Filed in open court this 30th day

of October, 2025.

_____
Clerk

Bail    $_____

GPO 863 525